# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| VILLAGE BANK & TRUST, N.A. | § |
| | § |
| v. | §   CIVIL ACTION NO. 3:20-CV-3653-S-BH |
| | § |
| CLEAN SMILES DENTAL, PLLC, | § |
| BENBROOK FAMILY DENTISTRY, | § |
| PPLC, and HAROLD KAMARA | § |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 10]. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons articulated therein, Plaintiff's Motion for Default Judgment [ECF No. 8] is **GRANTED**. A separate default judgment will be entered in Plaintiff's favor on its breach of contract claim against Defendant Clean Smiles Dental, PPLC, and on its breach of guaranty claims against Defendants Benbrook Family Dentistry, PLLC and Harold Kamara.

**SO ORDERED.**

SIGNED September 17, 2021.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**